No. 1010. PHIPPS ET UX. *v.* UNITED STATES, *ante,* p. 937;

No. 1053. BEARDEN ET AL. *v.* OKLAHOMA, *ante,* p. 960;

No. 946, Misc. SNOWDEN ET AL. *v.* UNITED STATES, *ante,* p. 946;

No. 1000, Misc. POSEY ET AL. *v.* UNITED STATES, *ante,* p. 946;

No. 1021, Misc. BOWERS *v.* UNITED STATES, *ante,* p. 946;

No. 1144, Misc. ANDERSON *v.* SOUTH CAROLINA, *ante,* p. 958;

No. 1190, Misc. RAMIREZ *v.* EYMAN, WARDEN, *ante,* p. 951;

No. 1283, Misc. ALERS *v.* MUNICIPALITY OF SAN JUAN, *ante,* p. 975;

No. 1297, Misc. SHIPP *v.* CRAVEN, WARDEN, *ante,* p. 954;

No. 1443, Misc. SAFFIOTI *v.* CATHERWOOD, INDUSTRIAL COMMISSIONER OF NEW YORK, *ante,* p. 956; and

No. 1474, Misc. GOFF *v.* UNITED STATES, *ante,* p. 968. Petitions for rehearing denied.

No. 395. UNITED STATES *v.* SECKINGER, TRADING AS M. O. SECKINGER Co., *ante,* p. 203. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 766. KAUFFMAN *v.* SECRETARY OF THE AIR FORCE, 396 U. S. 1013; and

No. 1044, Misc. CORRADO ET UX. *v.* PROVIDENCE REDEVELOPMENT AGENCY ET AL., 396 U. S. 1022. Motions for leave to file petitions for rehearing denied.

No. 1006. REED *v.* HICKEL, SECRETARY OF THE INTERIOR, ET AL., *ante,* p. 924. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.